[No. 8920.   *En Banc.*   May 10, 1911.]

ARTHUR S. BURR, *Appellant*, v. GEORGE DYER *et al., Respondents.*[1]

Appeal from a judgment of the superior court for King county, Main, J., entered January 8, 1910, upon findings in favor of the defendants, quieting their title, in an action brought for partition. Affirmed.

*T. Howard Shelley* (*J. W. Russell*, of counsel), for appellant.
*Guie & Guie*, for respondents.

### ON REHEARING.[2]

PER CURIAM.—A rehearing was granted in this case. Upon reargument of the case to all the members of the court, a majority are satisfied with the result reached. The judgment is therefore affirmed.

[1]Reported in 115 Pac. 512.

[2]NOTE: For former opinion, see 60 Wash. 603, 111 Pac. 866.—REP.

